**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                    Case No.: **8:14-bk-01676-KRM**

**VALENTIN V. STELMACH**
**and OKSANA V. STELMACH,**                    Chapter 7

             **Debtor.**
 _____/

### NOTICE OF WITHDRAWAL OF DOCUMENT

DLJ Mortgage Capital, Inc., by and through its undersigned attorney, withdraws its

Motion for Relief from Stay which was filed in the above captioned proceeding [ECF No. 14].

The undersigned attorney requests cancellation of the hearing currently scheduled for May 27,

2014, at 10:00 am, as the matter is no longer at issue.

Dated: May 22, 2014

                                        Respectfully submitted,

                                        */s /*Lisa DiSalle
                                        Lisa DiSalle, Esq
                                        Florida Bar No. 186236
                                        Quintairos, Prieto, Wood & Boyer, PA
                                        One Independent Drive, Suite 1650
                                        Jacksonville, Florida 32202
                                        Phone: (904) 354-5500
                                        Fax: (904) 354-5500
                                        Email: flmdbknotices@qpwblaw.com

## CERTIFICATE OF SERVICE

I certify that I have caused to be served a copy of the foregoing Notice of Withdrawal of Motion for Relief from Stay, by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: May 22, 2014

Timothy M Grogan
P.O. Box 14807
Bradenton, FL 34280
Email: tgroganlaw@gmail.com

Valentin V. Stelmach
3738 Old Keystone Road
Tarpon Springs, FL 34688

Oksana V. Stelmach
3738 Old Keystone Road
Tarpon Springs, FL 34688

Abundant Life Trust
Aleksandr Filipskiy, Trustee
5077-109 Fruitville Rd., Ste. 133
Sarasota, FL 34232

Trustee
Andrea P. Bauman
P.O. Box 5530
Lakeland, FL 33807-5530

U.S. Trustee
United States Trustee – TPA 7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

*/s /*Lisa DiSalle
Lisa DiSalle, Esq
Florida Bar No. 186236